IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANNY L. BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:15-CV-383-WKW |
| | ) [WO] |
| | ) |
| ROBERT McDONALD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On February 11, 2016, the Magistrate Judge filed a Recommendation (Doc. # 53) to which Plaintiff filed an objection (Doc. # 54). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b). The Complaint contains no allegations that demonstrate a plausible claim against Defendants The Montgomery Advertiser and Kala Kachmar (collectively "Defendants"). The Recommendation's analysis is sound, and Plaintiff's objection lacks merit. Accordingly, it is ORDERED as follows:

1. Plaintiff's objection (Doc. # 54) is OVERRULED.

2. The Recommendation (Doc. # 53) is ADOPTED.

3. Defendants' Motion to Dismiss (Doc. # 29) is GRANTED.

4. Plaintiff's claims against The Montgomery Advertiser and Kala Kachmar are DISMISSED for failure to state a claim upon which relief can be granted.

5. The Clerk of the Court is DIRECTED to terminate The Montgomery Advertiser and Kala Kachmar as Defendants in this action.

6. This action is referred back to the Magistrate Judge for further proceedings.

DONE this 26th day of February, 2016.

                                      /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE