IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANNY L. BROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:15-CV-383-WKW |
| ) | [WO] |
| ROBERT MCDONALD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

On May 25, 2016, the Magistrate Judge filed a Recommendation (Doc. # 56) to which Plaintiff timely filed objections (Doc. # 57). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objections are made, *see* 28 U.S.C. § 636(b)(1). The court concludes that the objections are without merit and that the Magistrate Judge's Recommendation is due to be adopted.

Accordingly, it is ORDERED that:

(1)   Plaintiff's Objections (Doc. # 57) are OVERRULED;

(2)   The Recommendation (Doc. # 56) is ADOPTED;

(3)   Defendants' Motion to Dismiss (Doc. # 40) is GRANTED;

(4) Plaintiff's Motions for Summary Judgment (Docs. # 44, 48, 51) are DENIED;

(5) This case is DISMISSED for lack of subject matter jurisdiction.

A separate final judgment will be entered.

DONE this 13th day of June, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE